157 So. 915

## BIRMINGHAM ELECTRIC CO. v. Della WHEELER.

### 6 Div. 691.

Court of Appeals of Alabama.
Oct. 16, 1934.

PER CURIAM.
Appeal dismissed on motion of appellant.

157 So. 915

## BIRMINGHAM ELECTRIC CO. v. Rosie WHEELER pro ami.

### 6 Div. 690.

Court of Appeals of Alabama.
Oct. 16, 1934.

PER CURIAM.
Reversed and remanded by consent of parties.

161 So. 914

## BIRMINGHAM ELECTRIC CO. v. Rufus WHITE.

### 6 Div. 707.

Court of Appeals of Alabama.
May 14, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.
Harrison Kendrick, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.

157 So. 915

## Henry BLACK v. STATE.

### 8 Div. 6.

Court of Appeals of Alabama.
Oct. 23, 1934.

PER CURIAM.
Appeal dismissed by appellant.

152 So. 919

## John BLACK v. STATE.

### 8 Div. 819.

Court of Appeals of Alabama.
Feb. 13, 1934.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 915

## Clyde BLAKE v. STATE.

### 7 Div. 114.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

162 So. 922

## Austin BOBO v. STATE.

### 6 Div. 784.

Court of Appeals of Alabama.
May 7, 1935.

Rehearing Denied June 28, 1935.

V. W. Elmore, of Gordo, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.